

LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| RICKY DONNELL MILTON | * | Case No. 18-13187-LSS |
| CHERYL ANN MILTON | * | Chapter 7 |
| | * | |
| Debtors | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER APPROVING FIRST
AND FINAL APPLICATION FOR ALLOWANCE OF
ATTORNEYS' FEES TO COUNSEL FOR THE CHAPTER 7 TRUSTEE
FOR THE PERIOD FROM MAY 22, 2018 THROUGH AUGUST 11, 2022

Upon consideration of the foregoing First and Final Application for Allowance of Attorneys' Fees to Counsel for the Chapter 7 Trustee for the Period From May 22, 2018 through August 11, 2022 (the "Application"), notice having been provided to all creditors and other parties in interest, no objections to the Application having been filed, the Court having considered this matter fully and having determined that Applicants are entitled to the relief they seek in their Application, it is this day by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that Applicants be, and they hereby are, allowed attorneys' fees in the amount of Forty-Seven Thousand Twenty-Four Dollars ($47,024.00); and it is further

ORDERED, that Applicants be, and they hereby are, allowed reimbursement of out-of-pocket expenses to Applicants in the amount of Four Thousand One Hundred Twenty-Four Dollars and Sixteen Cents ($4,124.16); and it is further

ORDERED, that the Chapter 13 Trustee be, and hereby is, directed to immediately pay over to Applicants all amounts awarded herein unless the Chapter 13 Trustee is not holding sufficient funds to pay such amounts, in which event, the Chapter 13 Trustee is directed to pay over such amounts as and when sufficient funds are received.

cc:

Jeffrey M. Orenstein, Esq.
Wolff & Orenstein, Debtor
Shady Grove Plaza
15245 Shady Grove Road
Suite 465
North Lobby
Rockville, Maryland 20850

Michael G. Wolff, Esq.
Wolff & Orenstein, Debtor
Shady Grove Plaza
15245 Shady Grove Road
Suite 465
North Lobby
Rockville, Maryland 20850

Richard S. Basile, Esq.
6305 Ivy Lane
Suite 416
Greenbelt, Maryland  20770

Timothy P. Branigan, Trustee
9891 Broken Land Parkway
Suite 301
Columbia, Maryland 21046

Ricky Donnell Milton
301 Johnsberg Ln
Bowie, MD  20721

Cheryl Ann Milton
304 Johnsberg Ln
Bowie, MD  20721

Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland  20770

**END OF ORDER**